Sean P. Killeen (SBN 320644)
*skilleen@bakerlaw.com*
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:    (415) 659-2600
Facsimile:    (415) 659-2601

Casie D. Collignon (*Pro Hac Vice* Forthcoming)
*ccollignon@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone:    (303) 861-0600
Facsimile:    (303) 861-7805

*Attorneys for Defendants*
HIMS, INC. and HIMS & HERS HEALTH, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON HOAGLAND-SWEENEY, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HIMS, INC. and HIMS & HERS HEALTH, INC.,<br><br>        Defendants. | Case No.: 4:26-cv-03157-KAW<br>Judge: Kandis A. Westmore<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING EXISTING DEADLINES PENDING THE COURT'S RULING ON CONSOLIDATION (HEARING SET FOR AUGUST 6, 2026) AND EXTENDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to L.R. 6-1(b), Plaintiff Brandon Hoagland-Sweeney ("Plaintiff") and Defendants Hims, Inc. and Hims & Hers Health, Inc. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows ("Stipulation"):

WHEREAS, Plaintiff Hoagland-Sweeney filed his First Amended Class Action Complaint ("FAC") on April 15, 2026;

WHEREAS, Defendants were served with Plaintiff Hoagland-Sweeney's FAC on May 8, 2026;

WHEREAS, Defendants' original deadline to respond to the FAC was May 29, 2026;

WHEREAS, a separate plaintiff, Julie Dolphin, filed a separate class action complaint on April 10, 2026, *Dolphin v. Hims & Hers, Inc.*, United States District Court, Northern District of California, Case No. 4:26-cv-03077-KAW (incorrectly sued as "Hims and Hers, Inc."), which has not yet been served;

WHEREAS, on April 21, 2026, Plaintiff Hoagland-Sweeney filed a Notice of Related Actions identifying *Dolphin v. Hims & Hers, Inc.*, Case No. 4:26-cv-03077-KAW as related;

WHEREAS, on May 11, 2026, Julie Dolphin filed an Administrative Motion to Relate Cases requesting the court to relate her action to Plaintiff Hoagland-Sweeney's action;

WHEREAS, on May 18, 2026, the Court granted Plaintiff Julie Dolphin's Administrative Motion to Relate Cases;

WHEREAS, on May 29, 2026, Plaintiff Hoagland-Sweeney and Defendants entered into a stipulation to extend Defendants' deadline to respond to Plaintiff's FAC in the *Hoagland-Sweeney* action to June 29, 2026, because both Hoagland-Sweeney and Julie Dolphin indicated their intent to file a motion to consolidate the related actions;

WHEREAS, on June 8, 2026, Julie Dolphin filed a Motion to Consolidate Cases and For Appointment of Interim Co-Lead Class Counsel ("Motion to Consolidate"), requesting that the *Dolphin* and *Hoagland-Sweeney* cases be consolidated, that *Dolphin* be designated as the lead case, and that the *Hoagland-Sweeney* case be closed.

WHEREAS, on June 17, 2026, Defendants filed their Non-Opposition to Julie Dolphin's Motion to Consolidate, indicating that Defendants do not oppose consolidation and take no position on the appointment of interim co-lead class counsel.

WHEREAS, the hearing on the Motion to Consolidate is set for August 6, 2026;

WHEREAS, the Parties agree that it would be inefficient and would potentially waste judicial resources for Defendants to file separate responsive pleadings in each lawsuit prior to an order on consolidation;

WHEREAS, the Parties agree that, pending the Court's ruling on the Motion to Consolidate, it would be beneficial to:

(1) vacate the Initial Case Management Conference presently scheduled for July 14, 2026 at 1:30 pm;

(2) vacate all deadlines to comply with ADR Certification, Rule 26(f), or provide initial disclosures as identified in the Court's Orders Setting Initial Case Management Conference and ADR Deadlines; and

(3) extend Defendants' deadline to respond to the complaint until either (a) thirty (30) days after a consolidated complaint has been filed if the Court grants the Motion to Consolidate; or (b) if the Court denies the Motion to Consolidate, thirty (30) days after the Court's denial.

The Parties respectfully request that the Court enter an order accordingly.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER VACATING EXISTING DEADLINES PENDING THE COURT'S RULING ON CONSOLIDATION (HEARING SET FOR AUGUST 6, 2026) AND EXTENDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE
CASE NO.: 4:26-CV-03157-KAW

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Sean P. Killeen, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


DATED:  June 25, 2026                                          /s/ *Sean P. Killeen*
                                                                                        Sean P. Killeen




DATED: June 25, 2026                             **BAKER & HOSTETLER LLP**


                                                                            By: /s/ *Sean P. Killeen*
                                                                                   Sean P. Killeen

                                                                            *Attorneys for Defendant*
                                                                            HIMS, INC. and HIMS & HERS HEALTH, INC.



DATED: June 25, 2026                             **COLE & VAN NOTE; EMERY REDDY PC**

                                                                            By: /s/ *Scott Edward Cole, Esq.*
                                                                                   Scott Edward Cole, Esq.
                                                                                   Laura Van Note, Esq.
                                                                                   M. Anderson Berry
                                                                                   Gregory Haroutunian

                                                                            *Attorneys for Plaintiff Brandon Hoagland-Sweeney*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER**

Based on a Stipulation between the Parties, IT IS HEREBY ORDERED that pending a ruling on the Motion to Consolidate, (1) the Initial Case Management Conference presently scheduled for July 14, 2026 at 1:30 pm is vacated; (2) all deadlines to comply with ADR Certification, Rule 26(f), or to provide initial disclosures as identified in the Court's Orders Setting Initial Case Management Conference and ADR Deadlines are vacated; and (3) Defendants' deadline to respond to the complaint is extended until either (a) thirty (30) days after a consolidated complaint has been filed if the Court grants the Motion to Consolidate; or (b) if the Court denies the Motion to Consolidate, thirty (30) days after the Court's denial.

Dated: _____    _____

Hon. Kandis A. Westmore
United States District Magistrate Judge

STIPULATION AND [PROPOSED] ORDER VACATING EXISTING DEADLINES PENDING THE COURT'S RULING ON CONSOLIDATION (HEARING SET FOR AUGUST 6, 2026) AND EXTENDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE
CASE NO.: 4:26-CV-03157-KAW

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO